**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ANDREW JAMES CHRISTIANSEN,** <br> **Plaintiff,** <br> **v.** <br> **SAN BERNARDINO COUNTY BOARD OF SUPERVISORS, et al.,** <br> **Defendants.** | **NO. 5:25-cv-03232-DOC-KS** <br><br> **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE [12]** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the Motion to Dismiss filed by Defendants, the briefing thereto, the August 28, 2026 Report and Recommendation of United States Magistrate Judge ("Report"), and all records herein. The period for filing objections to the Report has expired and no objections have been filed with the Court. Having completed its review, the Court accepts the findings and recommendations set forth in the Report. Accordingly, IT IS ORDERED that: (1) Defendants' Motion to Dismiss is GRANTED IN PART and DENIED IN PART consistent with the findings and recommendations in the Report; and (2) leave to amend the First Amended Complaint is GRANTED. Plaintiff shall file a Second Amended Complaint correcting the deficiencies identified in the Report **within 30 days of the date of this Order**.

IT IS SO ORDERED.

DATED: September 29, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE